JOSEPH DE RUVO, Respondent, v. BENEDICT L. PAGLIA et al., Appellants.— Order unanimously reversed and the motion to strike the case from the jury calendar granted. As plaintiff has pleaded a cause of action at law with a cause of action for equitable relief, he has thereby waived his right to a jury trial for the common-law cause of action. (*Di Menna* v. *Cooper & Evans Co.,* 220 N. Y. 391; *Leav* v. *Weitzner,* 268 App. Div. 466, 467.) Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

◼

EDWARD S. MAGOWAN, Respondent, v. BARBARA K. MAGOWAN, Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

◼

LOUISE DIECKMANN v. HERMAN RIMBERG et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Botein, JJ. [See *ante,* p. 603.]

◼

DANIEL-MORRIS CO., INC., v. GLENS FALLS INDEMNITY COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present.— Dore, J. P., Cohn, Callahan and Botein, JJ. [See *ante,* p. 504.]

◼

ISADORE S. TUROVER v. STERN MORGENTHAU & Co., INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante,* p. 712.]

◼

THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTOPHER ROMANO.— Motion for reargument denied. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ. [See *ante,* p. 790.]

◼

PEDRO J. DIAZ, as Administrator of the Estate of JORGE L. DIAZ, Deceased, v. 146 ESSEX CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ. [See *ante,* p. 790.]

◼

JACOB KEUR, Individually and Doing Business under the Name of C. KEUR & SONS v. PROMINENT BULB COMPANY et al.— Motion for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Botein, JJ. [See *ante,* p. 453.]

◼

ALBERT BRADICK v. RUDOLPH H. DEETJEN et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See *ante,* p. 917.]